UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

2011 SEP 15 PM 12:42

In re:                                               Case No. 08-23971-BKC-AJC

BUURMAN, MARCEL JOHANNES
    Chapter 7

    Debtor(s)
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )  The trustee has a balance of $ _____ remaining in the trustee's account which represents un-presented checks drawn and mailed to entities pursuant to the final distribution under §§726, 1226 or 1326 of Title 11 in a case under Chapter 7, 12 or 13 of Title 11. The trustee has made a good faith effort to verify the correct mailing address(es) for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(x)  The trustee has a balance of $ 1.43 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as listed below on this 14th day of September 2011.

**SERVED VIA US MAIL**

| Marcel Johannes Buurman<br>15481 SW 30 ST.<br>MIAMIFL33185 | |

**SERVED ELECTRONICALLY**
USTPRegion21.MM.ECF@usdoj.gov
Assistant US Trustee

Barry E. Mukamal, Trustee
1 S.E. Third Avenue, Box 158
Miami, FL 33131
Telephone: (305) 995-9798

BUURMAN, MARCEL JOHANNES

Case No. 08-23971-BKC-AJC

UNCLAIMED FUNDS

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | POYD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>POB 19008<br>Greensville SC 29602 | 1.41 |
| 4 | POYD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>POB 19008<br>Greensville SC 29602 | .02 |
|  |  |  |
|  |  |  |